**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

May 4, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable William H. Walls
Senior United States District Judge
Martin Luther King Federal Building and Courthouse
50 Walnut Street
P.O. Box
Newark, New Jersey 07102-0999

RE: REID, Dasheen
Dkt No.2:08cr554-01
Withdrawal of Request for Hearing to Modify the Conditions of Supervised Release

Dear Judge Walls:

The above- referenced offender was sentenced on April 7, 2010, by Your Honor to serve twelve (12) months and a day imprisonment, followed by three (3) years supervised release, for bank fraud. The special conditions ordered by the Court were full financial disclosure, no new debt and cooperate with the collection of DNA. He was also ordered to pay $420,699.70 in restitution within thirty (30) days of release from imprisonment. On April 27, 2011, the offender was released from the custody of the Bureau of Prisons and supervised release was initiated. The offender's release address was in Allentown, Pennsylvania, therefore, supervision was assumed by the Eastern District of Pennsylvania.

In a letter dated November 9, 2011, the probation office requested that a hearing be scheduled in order to resolve restitution payment issues. According to the United States Probation Office in the Eastern District of Pennsylvania, the offender was unable to pay restitution in full within thirty (30) days of release from imprisonment. In order to determine an acceptable monthly installment plan, a review of the offender's financial information was conducted. The probation office determined that he had the ability to pay installments of $300 per month. The offender refused to sign a waiver of hearing form to modify the conditions of supervised release and requested that a hearing be scheduled regarding this matter.

The offender's attorney, John Yauch, was notified of the pending hearing and has reviewed the sentencing minutes from April 7, 2010. He concluded that the offender was ordered to pay $200 per month. The offender recently made his first payment of $200 and is aware of his obligation to continue to make these payments in a timely fashion. The United States Attorney's Office - Financial Litigation Unit has also been notified and will assist with the collection of restitution. If the offender fails to make any payments, they will initiate steps to enact a wage garnishment.

As this matter appears to be resolved with the establishment of a payment plan, the offender committing to meeting the payment plan and for a wage garnishment to go into effect if he misses any payments, it is the recommendation of the probation office that a hearing is no longer necessary. If the Court desires an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter. You may contact the undersigned at (973) 445-8515.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By: Patrick T. Hattersley
    U.S. Probation Officer

Approved    ✓

Denied

The Honorable William H. Walls, Sr. U.S.D.J.

Date

/pth